IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    Plantiff

vs.                                                                  Civil No.      5:14cv50-WS

2009 HONDA ACCORD EX,
VIN # 1HGCP26889A017686
    Defendant.
_____/

## WITHDRAW OF CLAIM

    COMES NOW, the Defendant, KAMAL ABDEL-SUAREZ, by and through the undersigned counsel, hereby requests this Honorable Court allow him to withdraw his claim to the subject property. In support thereof, Defendant asserts as follows:

1. On November 18, 2013 Kamal Muhammed Abdel-Suarez filed a claim and notice to contest the forfeiture of the above property.

2. Mr. Kamal Muhammed Abdel-Suarez wishes to with withdraw his claim and has completed a notarized affidavit.

3. The undersigned law firm has notified Assistant United States Attorney, Corey J. Smith, who has no objection to this request.

    WHEREFORE, the Defendant, KAMAL ABDEL-SUAREZ, by and through the undersigned counsel, hereby respectfully requests this Honorable Court to withdraw his claim in the above case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via mail to Corey J. Smith,, Assistant United States Attorney, Northern District of Florida, 111 N. Adams Street, Tallahassee, Florida 32301 this 23rd day of April, 2014.

JANSEN & DAVIS, P.A.

s/R. Timothy Jansen
R. TIMOTHY JANSEN
FL BAR NO.: 0691208
1206 North Duval Street
Tallahassee, Florida 32303
Telephone No.: (850) 224-1440
Fax No.: (850) 224-0381
jansen@jansenlawoffice.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    Plantiff

vs.                             Civil No.    5:14cv50-WS

2009 HONDA ACCORD EX,
VIN # 1HGCP26889A017686

    Defendant
_____/

## NOTICE TO WITHDRAW CLAIM

I, Kamal Muhammed Abdel-Suarez wish to withdraw my November 18, 2013 claim to the above referenced property.

_____    4-21-14
KAMAL ABDEL-SUAREZ            Date

SWORN AND SUBSCRIBED TO before me this 21 day of April 2014, by Kamal Abdel Suarez, who has produced FLDL as identification.

_____
NOTARY PUBLIC -
STATE OF FLORIDA

LANITA L. PORTER
NOTARY
My Comm. Expires
August 15, 2017
No. FF 45877
STATE OF FLORIDA